AUSA: Susan Fairchild Telephone: (313) 226-9577

AO 91 (Rev. 11/11) Criminal Complaint Officer: Priscilla Harris Telephone: (313) 439-5546

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Mauricio CHAVEZ-ESCOBAR

Case: 2:26-mj-30576
Assigned To : Unassigned
Assign. Date : 9/17/2026
Description: CMP USA v
Chavez-Escobar (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 14, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. 1326(a) & (b)(1) | Unlawful Re-Entry Following Removal, Prior Felony Conviction |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Priscilla Harris, Deportation Officer, ICE ERO, Detroit
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Judge's signature*

Date: September 17, 2026

City and state: Detroit, MI

Honorable Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Priscilla Harris, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) of the United States Department of Homeland Security (DHS) at the Detroit Field Office. I have been employed in this capacity since July 27, 2026. I am currently assigned to the ICE/ERO Detroit Criminal Apprehension Program.

2. The information provided in this affidavit is based upon my personal knowledge and observations, along with information provided by other law enforcement personnel including ICE/ERO Deportation Officers and database record checks. I have also reviewed records from the official immigration file and system automated data. I have not included every fact known to law enforcement related to this investigation.

3. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and an arrest warrant for Mauricio CHAVEZ-ESCOBAR, a thirty-four-year-old citizen and native of Guatemala. CHAVEZ-ESCOBAR, who has been previously removed from the United States, and has a prior felony conviction, illegally re-entered without the proper authorization or documentation to be, or remain in, the United States.

4. CHAVEZ-ESCOBAR last entered the United States on an unknown date, at an unknown place, without being inspected and admitted or paroled by an immigration officer.

5. On or about November 5, 2015, CHAVEZ- ESCOBAR was encountered by the U.S. Border Patrol at or near San Simon, Arizona, and was processed as an Expedited Removal.

6. On or about November 6, 2015, CHAVEZ- ESCOBAR was ordered removed by a designated Immigration Official, and on November 20, 2015, CHAVEZ-ESCOBAR was removed to Guatemala by ICE at Phoenix, AZ.

7. On or about June 27, 2018, CHAVEZ- ESCOBAR was encountered by U.S. Border Patrol at the Super China Buffet Restaurant in Taylor, MI, during a search warrant issued by the United States District Court for the Eastern District of Michigan. During apprehension, CHAVEZ- ESCOBAR fled the scene and was found approximately one hour later hiding inside a boat.

8. CHAVEZ- ESCOBAR was prosecuted in the U.S. District Court, Eastern District of Michigan, for a violation of 8 U.S.C. § 1326 (Unlawful Re-Entry). He was sentenced on September 12, 2018, to two months, time-served, to be followed by a one-year period of non-reporting supervised release.

9. On or about November 8, 2018, CHAVEZ- ESCOBAR was removed to Guatemala from Alexandria, LA.

10. On September 13, 2026, Ecorse Police Department in Ecorse, MI, arrested CHAVEZ-ESCOBAR for Assault Excluding Sexual- Domestic Violence. According to the police reports, CHAVEZ-ESCOBAR arrived home intoxicated and during an argument with his girlfriend, he struck her with an open hand, then pushed her to the ground and began punching her in the head, injuring her ear. CHAVEZ-ESCOBAR fled the scene prior to police arrival.

11. On September 14, 2026, the Department of Homeland Security, Immigration and Customs Enforcement, Enforcement and Removal Operations, Detroit Field Office, took custody of CHAVEZ-ESCOBAR from Ecorse Police Department in Ecorse, MI, and transported him to the Detroit Field Office.

12. ICE ERO officers captured biometric information including a photograph and fingerprints for confirmation of CHAVEZ-ESCOBAR'S identity in DHS/FBI databases. The fingerprints returned with a positive match for Mauricio CHAVEZ-ESCOBAR, a native and citizen of Guatemala, who had previously been removed from the United States.

13. ICE/ERO Officers reviewed the immigration file along with electronic DHS database queries to confirm that no records exist of CHAVEZ-ESCOBAR obtaining permission from the Attorney General or the Secretary of the

Department of Homeland Security to re-apply for admission to the United States following his last removal on November 8, 2018.

14. The arrest and subsequent detention of CHAVEZ-ESCOBAR was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

15. ICE/ERO Detroit confirmed CHAVEZ-ESCOBAR re-entered the United States illegally and served him with Form I-871, Notice of Intent/Decision to Reinstate Prior Order.

16. Based on the above information, I believe there is probable cause to conclude that Mauricio CHAVEZ- ESCOBAR, a citizen and native of Guatemala, who was previously convicted of a felony offense, illegally reentered the United States after being removed to Guatemala on November 8, 2018, and was thereafter found and arrested by ICE/ERO Detroit without having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Section 1326(a) &(b)(1).

Priscilla Harris, Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me in my presence and/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge

September 17, 2026